EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Violent Crimes Section Chief

MARSHALL SILVERBERG # 5111
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Fax: (808) 541-2958
Email: Marshall.Silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 1 7 2004

at 3 o'clock and 05 min. P M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII   CR04-00309

| | |
|---|---|
| UNITED STATES OF AMERICA, | ~~MAG. NO. 04-571 BMK~~ |
| Plaintiff, | INFORMATION |
| vs. | 49 U.S.C. § 46506 & 18 U.S.C. § 18 U.S.C. § 113(a)(5) |
| FONO LUAPO ATIGA, | |
| Defendant. | |

### INFORMATION

The United States Attorney charges that:

On or about August 17, 2004, while aboard an aircraft within the special aircraft jurisdiction of the United States, that is, Hawaiian Airlines Flight #466, originating in Pago Pago, American Samoa, and bound for Honolulu, Hawaii, and the District of Hawaii, the defendant FONO LUAPO ATIGA did knowingly and intentionally commit a simple assault, that is, he knowingly and

intentionally touched a woman's breast and genital region through her clothes without her permission and contrary to her wishes.

All in violation of Title 49, United States Code, Section 46506 and Title 18, United States Code, Section 113(a)(5).

DATED: August 17, 2004, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By: _____
RONALD G. JOHNSON
Assistant U.S. Attorney

By: _____
MARSHALL H. SILVERBERG
Assistant U.S. Attorney

UNITED STATES v. FONO LUAP ATIGA
Cr. No.      (Information)

2