EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG  5111
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 51083
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Fax: (808) 541-5928
E-mail: Marshall.Silverberg@usdoj.gov

LODGED
AUG 15 2005
CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 16 2005
at __ o'clock and __ min __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00309 |
| Plaintiff, | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| FONO LUAPO ATIGA, | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Information against FONO LUAPO ATIGA on the ground that the defendant was prosecuted by Indictment in Cr. No. 04-00336 SOM based upon the same facts and circumstances.

The defendant is not in custody on the dismissed charge listed above.

DATED: Honolulu, Hawaii, ___8/12/05___.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By _/s/ Marshall Silverberg_
MARSHALL H. SILVERBERG
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

LESLIE E. KOBAYASHI

_____
UNITED STATES DISTRICT JUDGE

United States v. Fono Luapo Atiga
Cr. No. 04-00309
Order for Dismissal

2